151 A.3d 964

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. AKEEM BOONE, DEFENDANT-PETITIONER.

September 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002868-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

151 A.3d 965

IN THE MATTER OF REGISTRANT D.F.S.(D.F.S., PETITIONER)

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000816-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.